# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

127964

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KENNETH L. VALENTINE and
DARLENE K. VALENTINE,
      Plaintiffs-Appellants,

v

                                    SC: 127964
                                    COA: 251362
                                    Saginaw CC: 01-041555-CK

ANNE WILTSE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the January 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919